IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO.: |
| v. | ) ) | 1:21-cv-03847-TWT |
| $8,500.00 IN UNITED STATES CURRENCY | ) ) ) ) ) ) ) | |
| DEFENDANT. | ) ) | |

## WARRANT FOR ARREST IN REM

TO:   AUTHORIZED LAW ENFORCEMENT OFFICER

PROPERTY DESCRIPTION:   **$8,500.00 in United States Currency**

WHEREAS, on September 17, 2021 the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Northern District of Georgia against the above-named Defendant property, alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the Defendant property is currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE YOU ARE HEREBY COMMANDED to arrest the above-named Defendant property by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further Order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Issued this 20th day of September, 2021.

KEVIN P. WEIMER, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

By: _____
DEPUTY CLERK

Executed this 21st day of September, 2021.

_____
Authorized Law Enforcement Officer

_____
Title And Agency