IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Civil No. 1:21-CV-03847-TWT |
| ) | |
| $8,500.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| BRIAN MOORE, JR., ) | |
| ) | |
| Claimant. ) | |

## VERIFIED CLAIM OF BRIAN MOORE

Comes now, BRIAN MOORE, JR. ("Claimant"), by and through his counsel of record, and respectfully submits this verified claim and statement of interest in and to the above-referenced property that is the subject of this proceeding pursuant to 18 U.S.C. § 924(d)(1) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

### Factual Claim of Interest

Claimant makes a claim and states ownership in the $8,500.00 in U.S. Currency seized from him without a warrant or any legal basis on March 26, 2021, by agents with the Drug Enforcement Administration ("DEA") at the Hartfield Jackson Atlanta International Airport located at 6000 N. Terminal Parkway, Atlanta, Georgia 30320. Claimant states that he is the owner of the property seized,

1

it was seized from him, it belongs to him, it came from a lawful source, and it was intended for a lawful purpose.

                              Respectfully submitted, this 5th day of November, 2021.

                              By:   /s/ Jason D. Sammis
                                      Jason D. Sammis
                                      Sammis Law Firm, P.A.
                                      Georgia Bar No. 623532
                                      1005 N. Marion St.
                                      Tampa, FL 33602
                                      Email: info@sammislawfirm.com
                                      Telephone: 813-250-0500
                                      *Attorney for Claimant*

I hereby certify that a true and correct copy of the foregoing was electronically submitted this 5th day of November 2021, to:

RADKA T. NATIONS
Assistant United States Attorney
75 Ted Turner Drive, S.W.
Suite 600 Atlanta, GA 30303
Radka.Nations2@usdoj.gov

# VERIFICATION

STATE OF Georgia )

COUNTY OF Bibb )

**Brian Moore, Jr.**, being first duly sworn, deposes and states that he has read the foregoing Verified Claim, and that the statements contained therein are true and correct to the best of his knowledge, information, and belief.

_____
BRIAN MOORE, JR.

Sworn and affirmed before me this 4 day of November, 2021, by

_____, who is __ personally known to me or produced GA Drivers License as identification.

_____
NOTARY PUBLIC or DEPUTY CLERK

Allen Ballard
_____
[Print, type, or stamp commissioned name of notary or deputy clerk]

ALLEN BALLARD
NOTARY PUBLIC
HOUSTON County
State of Georgia
My Commission Expires 09/10/2022