IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>v.<br><br>$8,500.00 IN UNITED STATES CURRENCY,<br><br>DEFENDANT. | Civil Action No.<br><br>1:21-cv-03847-TWT |

**CERTIFICATE OF COMPLIANCE AND SERVICE**

I hereby certify that on March 31, 2022, I prepared the foregoing CERTIFICATE OF SERVICE OF PLAINTIFF'S FIRST INTERROGATORIES TO CLAIMANT BRIAN KEITH MOORE, JR. in compliance with Local Rule 5.1, N.D.Ga., using Book Antiqua 13-point type, and have this day electronically filed the document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

In addition, I hereby certify that on March 31, 2022, I served PLAINTIFF'S FIRST INTERROGATORIES TO CLAIMANT BRIAN KEITH MOORE, JR. upon Claimant by causing a copy of same to be deposited in an envelope with adequate postage affixed thereto and sent via certified mail, return receipt requested, addressed as follows:

> Jason D. Sammis
> Sammis Law Firm, P.A.
> 1000 N. Marion Street
> Tampa, Florida 33602

Respectfully submitted,

**KURT R. ERSKINE**
*United States Attorney*

/s/ Radka T. Nations
**RADKA T. NATIONS**
*Assistant United States Attorney*
Georgia Bar No. 618248
600 U.S. Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6000
Radka.Nations2@usdoj.gov