IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$8,500.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:21-CV-3847-TWT |

**ORDER**

This is a forfeiture action. It is before this Court on the Plaintiff's Motion for Extension of Time to Complete Discovery [Doc. 26]. For the reasons set forth in the Claimant's Response, the Plaintiff's motion is DENIED.

SO ORDERED, this 22nd day of August, 2022.

THOMAS W. THRASH, JR.
United States District Judge