**U.S. Department of Justice**
United States Marshals Service

MAR 2 '23 AM 11:28 USMS NGA

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United State of America | 1:21-cv-03847-SDG |
| DEFENDANT | TYPE OF PROCESS |
| $8,500.00 in United States Currency | Return |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
MAR 08 2023
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$8,500.00 in United States Currency

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Seized Asset Deposit Fund Account, Federal Reserve Bank

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Radka T. Nations
Assistant Unites States Attorney
75 Ted Turner Drive SW, STE 600
Atlanta, GA 30303

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Per the Order Dismissing Case, please return the defendant asset ($8,500.00 in United States Currency) to Brian Moore via his counsel, Sammis Law Firm, P.A. Please return the executed return and the process receipt.

21-DEA-676494

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| RADKA NATIONS  Digitally signed by RADKA NATIONS Date: 2023.03.02 11:21:01 -05'00' | | (404) 581-6000 | 3/2/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 19 | 19 | K-G | 03/02/2023 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date 3/8/2023    Time 9:31    ☒ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
[signature]

Costs shown on attached USMS Cost Sheet >>

REMARKS

$8500.00 returned to Brian Moore via counsel

Form USM-285
Rev. 03/21