# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

DOCKETING SECTION
404-215-1655

March 23, 2023

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia     30303

    **U.S.D.C. No.:** 1:21-cv-3847-TWT
    **U.S.C.A. No.:** 00-00000-00
    **In re:** United States of America v. $8,500.00 in United States Currency

    Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| **X** | **There is no transcript.** |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| **X** | **Fees paid electronically on 3/23/23. (Receipt# AGANDC-12480679)** |
| ___ | Appellant has been   leave to proceed *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash Jr.** |
| ___ | This is a **DEATH PENALTY** appeal. |

    Sincerely,

    Kevin P. Weimer
    District Court Executive
    and Clerk of Court

    By: /s/**P. McClam**
        Deputy Clerk